IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY D. SMITH, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>GURSTEL CHARGO, PA,<br>TODD GURSTEL, and<br>MITCH CHARGO,<br><br>      Defendants. | 8:14CV183<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on September 12, 2014, by William L. Reinbrecht, attorney for the plaintiff,

**IT IS ORDERED that**:

1. On or before **October 27, 2014**, the parties shall electronically file a motion for preliminary approval of class settlement and supporting documents.

2. The deadline to submit a Rule 26(f) planning report is terminated.

Dated this 12th day of September, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge