# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Gary D. Smith,<br>On behalf of himself and all others<br>Similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GURSTEL CHARGO, PA, ET AL.,<br><br>　　　　　　Defendants. | Case No.: 8:14-cv-0183<br><br>(Class Action) |

## PLAINTIFF'S RESPONSE TO THE DEFENDANTS' MOTION TO MODIFY FINAL JUDGMENT

Plaintiff Gary D. Smith, on behalf of himself and all others similarly situated, by and through his undersigned counsel, responds to the Defendants' Motion to Modify Final Judgment (Filing No. 34) as follows:

It is Plaintiff's position that the Court's Order of Final Approval of Class Action Settlement (Filing No. 32) and the Judgment awarding fees (Filing No. 33) are proper in all respects and comply with the Federal Rules of Civil Procedure.

　　　Dated: May 4, 2015

Respectfully submitted,
Gary D. Smith, on behalf of himself
and all others similarly situated,
Plaintiff,

By:*/s/ Pamela A. Car*
Pamela A. Car, #18770
William L. Reinbrecht, #20138
Car & Reinbrecht, P.C., LLO
8720 Frederick Street, Suite 105
Omaha, NE 68124
1 (402) 391-8484
1 (402) 391-1103 - Fax
E-mail:pacar@cox.net
        and
O. Randolph Bragg
Horwitz, Horwitz & Associates
25 East Washington Street, Suite 900
Chicago, IL 60602
1 (312) 372-8822
1 (312) 372-1673 - Fax
rand@horwitzlaw.com
ATTORNEYS FOR PLAINTIFF AND
THE PUTATIVE CLASS

## Certificate of Service

I hereby certify that on May 4, 15 I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

NONE

and I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

By: */s/Pamela A. Car*

2