IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY D. SMITH, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>GURSTEL CHARGO, PA,<br><br>      Defendant. | 8:14CV183<br><br>ORDER |

This matter is before the court following a telephone conference on June 17, 2015. O. Randolph Bragg, Pamela A. Car, and William L. Reinbrecht appeared for plaintiff and the class, and Amy L. Van Horne and Manuel H. Newburger appeared for defendant. The court heard arguments and assessed the difficulties the defendant and Renkim Corporation ("Renkim") have encountered in securing a bond in compliance with the court's June 5, 2015, Order (Filing No. 40), and modified by Text Order on June 11, 2015 (Filing No. 43). Upon consideration,

    **IT IS ORDERED**:

    1.    The bond requirement set forth in the court's June 5, 2015, Order (Filing No. 40) is lowered to $50,000.

    2.    The bond shall be obtained at the direction of the defendant by Renkim, the company engaged by the defendant to resend checks, letters, and claim forms to affected individuals in this matter.

    3.    Renkim voluntarily submits to the jurisdiction of this court for the purposes of carrying out the terms of this Order only.

    4.    The defendant shall ensure Renkim secures the bond. In the event Renkim is unable to secure the bond, defendant's counsel shall notify plaintiff's counsel, and all counsel shall file a joint report so that the court can make additional appropriate orders.

    5.    The bond shall secure the performance of Renkim, as agent for the defendant, of the actions set forth in the Stipulation for Approval of Additional Notice

and Reissuance of Checks to Certain Class Members dated June 10, 2015, and approved by the court on June 11, 2015, but shall in no event expire before January 1, 2016. **The proof of performance bond will be provided by Renkim to the defendant to be filed with this court on or before June 29, 2015.**

Dated this 23rd day of June, 2015.

                                                  BY THE COURT:

                                                s/ Thomas D. Thalken
                                                United States Magistrate Judge